THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH JOHNSON MIRANDA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMER DIRECT CARE NETWORK WASHINGTON LLC,<br><br>　　　　　　Defendant. | CASE NO. C22-1014-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The parties' stipulation (Dkt. No. 10) is GRANTED. Defendant's deadline to plead or otherwise respond to Plaintiff's complaint is now August 11, 2022.

　　　DATED this 29th day of July 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C22-1014-JCC
PAGE - 1