THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH JOHNSON MIRANDA, | CASE NO. C22-1014-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CONSUMER DIRECT CARE NETWORK WASHINGTON LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' joint stipulated motion to extend certain deadlines (Dkt. No. 15) is GRANTED. Defandant's praecipe to its notice of removal is due August 15, 2022. Plaintiff's motion to remand is due September 1, 2022. If the action is not remanded to state court, the deadline for Defendant to plead or otherwise respond will be 15 days from the date of the order on the motion for remand.

DATED this 12th day of August 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-1014-JCC
PAGE - 1