THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH JOHNSON MIRANDA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CONSUMER DIRECT CARE NETWORK WASHINGTON, LLC, a Washington Limited Liability Company,<br><br>Defendant. | **CLASS ACTION**<br><br>NO. 2:22-CV-01014-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR REMAND TO KING COUNTY SUPERIOR COURT WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR: August 31, 2022** |

Based upon the parties' Stipulated Motion for Remand (Dkt. No. 20), IT IS HEREBY ORDERED that this case shall be remanded back to King County Superior Court.

ORDERED this 2nd day of September 2022

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

//
//
//

[~~PROPOSED~~] ORDER GRANTING
STIPULATION FOR REMAND
(Case No. 2:22-cv-01014-JCC)- 1

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA No. 23091
By: */s/ Jason A. Rittereiser*
Jason A. Rittereiser, WSBA No. 43628
By: */s/ Rachel M. Emens*
Rachel M. Emens, WSBA No. 49047
By: */s/ Joseph W. Wright*
Joseph W. Wright, WSBA No. 55956
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: 206-838-2504
Fax:    206-260-3055
Email: dheyrich@hkm.com
         jrittereiser@hkm.com
         remens@hkm.com
         jwright@hkm.com

**STUTHEIT KALIN LLC**

By: */s/ Peter D. Stutheit*
Peter D. Stutheit, WSBA No. 32090
208 SW First Ave, Suite 260
Portland, Oregon 97204
Phone: 503-493-7488
Fax:    503-715-5670
Email: peter@stutheitkalin.com

*Attorneys for Plaintiff Deborah Johnson Miranda*

**DORSEY & WHITNEY LLP**

By: */s/ Aaron Goldstein*
Aaron D. Goldstein, WSBA No. 34425
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8800
Email: goldstein.aaron@dorsey.com

*Attorney for Defendant CONSUMER DIRECT CARE NETWORK WASHINGTON, LLC*

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR REMAND
(Case No. 2:22-cv-01014-JCC)- 2

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504